| | |
|---|---|
| JOHN ISHAM,<br>        Plaintiff,<br><br>v.<br><br>CITY OF BELLE MEADE et al.,<br>        Defendants. | Case No. 3:26-cv-00473<br><br>Judge Eli J. Richardson<br>Magistrate Judge Luke A. Evans |

## **MEMORANDUM ORDER**

On July 15, 2026, the Court held an initial case management conference with the parties. For the reasons discussed at the conference, the pending motion for partial summary judgment (Doc. No. 24) is DENIED[1] but without prejudice to seeking the District Judge's permission to refile as set forth in the proposed and adopted case management order (Doc. No. 23).

Additionally, the parties have filed an unopposed motion to join Allen Damon and Delphine Damon as parties under Rule 19(a) of the Federal Rules of Civil Procedure. (Doc. No. 20.) For the reasons discussed at the conference and in the parties' memorandum of law (Doc. No. 21), the motion is GRANTED.

For the reasons stated in the conference, the case management conference is CONTINUED to September 4, 2026 at 9:00 a.m. Counsel for each party shall call (855) 244-8681 and enter access

---

[1]     The Court has concluded that a non-dispositive resolution to the motion is appropriate, given the denial without prejudice. Under the circumstances here, because the "penalty to be imposed, rather than the penalty sought by the movant" controls magistrate judge authority, *Gomez v. Martin Marietta Corp.*, 50 F.3d 1511, 1519 (10th Cir. 1995), the Court is proceeding by order rather than by report and recommendation. *Cf. Fowler v. Tenth Planet, Inc.*, 673 F. Supp. 3d 763, 768 (D. Md. 2023) (standard of review for Rule 37 dismissal sanction "is governed by the result the Magistrate Judge determines") (citations omitted); *Edwards v. DeBord*, No. 7:18-CV-00423, 2021 WL 5827324, at *3 (W.D. Va. Dec. 8, 2021) (same) (citations omitted).

code 2317 604 8628# to participate. The parties shall file an amended proposed case management order no later than three business days before the conference.

The parties shall also email a Word version of the joint proposed case management order to TNMDEvansChambers@tnmd.uscourts.gov.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge